IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA            PLAINTIFF

v.            No. 4:19-cr-609-DPM-8

JACOBY STEFAN MARTIN            DEFENDANT

ORDER

**1.** In April 2022, Jacoby Martin pleaded guilty to one count of conspiracy to distribute or possess with intent to distribute cocaine. Almost a year later, he has filed a motion seeking to withdraw his plea and for dismissal of the Superseding Information.

**2.** The deep issue is whether Martin has shown a fair and just reason for requesting withdrawal. Fed. R. Crim. P. 11(d)(2)(B). Martin says he is innocent because (he now claims) he never joined in any conspiracy and only admitted to doing so under the extreme pressure of the Indictment and looming trial. *Doc. 499-1 at 2.* A conclusory assertion of innocence, particularly one made long after a guilty plea, is not enough to permit withdrawal. *United States v. Cruz*, 643 F.3d 639, 643 (8th Cir. 2011); *see also United States v. Osei*, 679 F.3d 742, 746-47 (8th Cir. 2012). Martin offers no evidence undermining the Court's judgment of guilt. *United States v. Harvey*, 829 F.3d 586, 590 (8th Cir. 2016);

*United States v. Greenwood*, 838 F. App'x 205, 207 (8th Cir. 2021) (unpublished *per curiam*).

**3.** Martin also argues that the government could not prove that he entered into a drug conspiracy. But he stipulated in his plea agreement that, on 6 October 2019, he knew that Rene Valdez "would be delivering narcotics for the Fred Martin drug-trafficking organization and agreed to assist with the delivery." Doc. 442 at 7. At the plea hearing, Martin admitted he was involved in facilitating the deal, met Valdez at the house where the drugs were being delivered (which was where he was living), and let Valdez in. *Doc. 502 at 17-18*. These facts are repeated in his 28 July 2022 presentence report, which Martin did not object to. There was an adequate factual basis to find him guilty on the conspiracy count. *United States v. Norvell*, 729 F.3d 788, 794 (8th Cir. 2013).

\* \* \*

For these reasons, Martin's motion, *Doc. 499*, is denied.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

13 April 2023